**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 24-00070-ELG |
| **42920 NE, LLC** | **Chapter 7** |
| Debtor(s). | |

## ORDER TO SHOW CAUSE

The Debtor(s) had until **03/11/2024 to cure the deficiencies set forth in the Notice to Party Filing Deficient Bankruptcy Case (Docket Nos. 6).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **03/27/2024 at 9:30 AM in Courtroom 1 and Zoom; Contact aimee_mathewes@dcb.uscourts.gov for meeting code** to show cause why the Debtor's bankruptcy case should not be dismissed for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.