# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE | ) |
| | ) |
| 42920 NE, LLC | ) Case No.: 24-00070 |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| | ) |

## Motion To Withdraw Petition And Dismiss Case

COMES NOW, debtor, by and through counsel, pursuant to 11 U.S.C 707(a) and for good cause showing, respectfully moves this Honorable Court to withdraw the petition in this matter and dismiss the Chapter 7 proceedings.

In support of this motion, debtor states as follows:

1. Debtor filed the petition on March 6, 2024.

2. At the time of the filing the only creditors that were not insiders of the debtor was Pacific RBLF Funding Trust.

3. The Debtor has worked out an agreement to resolve the outstanding debt owed to the only creditor.

4. The only named creditor will not be prejudiced by a dismissal as they retain their lien in the real property that is the only asset that Debtor owns.

WHEREFORE, debtor respectfully requests that the case be dismissed as the interests of the only creditor has been resolved.

Respectfully Submitted,

/S/Jamison B. Taylor
Jamison B. Taylor
Bar # 457280
1218 11th St. NW
Washington, DC 20001

Phone: 202-997-3802
Fax:    202-478-2146
Attorney for Debtor

**Certificate of Service**

      I hereby certify that on March 19, 2024, I served a copy of the above captioned Debtor's Motion To Voluntarily Dismiss Chapter 7 Case by US Postal service upon creditors in matrix and US Trustee:

Pacific RBLF Funding Trust
8401 Greensboro Drive, Suite 960
Mclean, VA 22102


                                       /S/Jamison B. Taylor
                                        Jamison B. Taylor