**UNITED STATES BANKRUPTCY COURT FOR**

**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE<br><br>42920 NE, LLC<br><br>        Debtor. | )<br>)<br>) Case No.: 24-00070<br>) Chapter 7<br>)<br>)<br>) |

**ORDER GRANTING MOTION DISMISS CHAPTER 7 PROCEEDINGS**

Upon consideration of 42920 NE, LLC's (the "Debtor") Motion To Dismiss, adequate and proper notice having been given, the Court's consideration of any responses filed thereto, and it appearing that the relief requested should be provided as it is in the best interests of the Debtor, the estate and the creditors of the estate, it is by the United States Bankruptcy Court for the District of Columbia:

**ORDERED**, that the Motion To Dismiss is hereby **GRANTED**

_____
Judge