# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE | ) |
| | ) |
| 42920 NE, LLC | ) Case No.:  24-00070 |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| | ) |

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO DISMISS

42920 NE, LLC. has filed a Motion To Dismiss.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to dismiss these proceedings, or if you want the Court to consider your views on the matter, then:

> on or before **Twenty one (21) days after the filing of the motion**, you or your attorney must file with the Court a written objection to the Motion To Dismiss, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Jamison B. Taylor
1218 11th St. NW
Washington, DC 20001

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief. The Court may grant the Motion To Dismiss without a hearing if the objection filed states inadequate grounds for denial of the Motion To Dismiss. Parties in interest with questions may contact the undersigned.

Dated: March 19, 2024

/S/Jamison B. Taylor
Jamison B. Taylor
Bar# 457280
1218 11th St. NW
Washington, DC 20001
202-997-3802 (ph)
202-478-2146 (fax)
Jtaylor@rismllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of March 2024, that a copy of the foregoing Motion To Dismiss, was served via electronic transmittal upon the Office of the U.S. Trustee and by mail to creditors listed in the mailing matrix

.

                                                /S/Jamison B. Taylor
                                                Jamison B. Taylor