**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 24-00070-ELG |
| **42920 NE, LLC**<br>Debtor(s). | Chapter 7 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

Motion to Dismiss Case Filed by 42920 NE, LLC.  (Docket Entry No. 13)

on 4/10/2024 at 10:00 AM

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 3/25/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.