**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 24-00070-ELG |
| ) | |
| 42920 NE LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED AS COUNSEL**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE

Justin P. Fasano and the law firm of McNamee Hosea, P.A. ("McNamee Hosea"), as proposed counsel for Wendell W. Webster, the Chapter 7 Trustee in the above-captioned cases, and pursuant to Fed. R. Bankr. P. 2014(a), respectfully represent as follows:

1. McNamee Hosea has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither Janet M. Nesse, Craig M. Palik, Justin Fasano nor McNamee Hosea has any disqualifying conflicts of interest.

2. McNamee Hosea has no connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as follows:

   A. McNamee Hosea has represented the Trustee in his capacity as trustee on other unrelated cases. Janet M. Nesse is a Chapter 7 trustee in Maryland and subject to the supervision of the Office of the United States Trustee.

   B. McNamee Hosea represents the Trustee in his capacity as trustee of Woinshet Mekonnen, principal of the Debtor.

I, Justin P. Fasano, a principal at McNamee Hosea P.A. declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  March 26, 2024                               Respectfully submitted,

/s/ Justin P. Fasano
Justin P. Fasano