IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | 24-00070-ELG |
|  | ) |  |
| 42920 NE LLC, | ) | CHAPTER 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### NOTICE OF OPPORTUNITY TO OBJECT TO
### APPLICATION TO AUTHORIZE RETENTION OF COUNSEL

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of 42920 NE LLC ("Debtor"), by and through his undersigned attorneys, McNamee Hosea, P.A., has filed an *Application to Authorize the Retention of Counsel* (the "Application"). The Application seeks authority for the Trustee to engage McNamee Hosea, P.A. as general counsel to provide representation in connection with certain matters in each of these proceedings, including preparation of pleadings, and making necessary court appearances on the Trustee's Behalf, to pursue the sale of assets and potential Chapter 5 and other causes of action and for such other matters as the Trustee shall direct and counsel shall agree.

PLEASE TAKE NOTICE THAT BY **APRIL 9, 2024,** WHICH IS AT LEAST 14 DAYS AFTER THE DATE OF THE APPLICATION, you must file and serve a written objection to the Motion, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the MOTION without a hearing if the objection filed states inadequate grounds for denial.

| | |
|---|---|
| Dated:  March 26, 2024 | Respectfully submitted<br>/s/ Justin P. Fasano<br>Janet M. Nesse (D.C. Bar 358514)<br>Justin P. Fasano (DC Bar MD21201)<br>McNamee Hosea, P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>(301) 441-2420<br>jnesse@mhlawyers.com<br>jfasano@mhlawyers.com<br>*Proposed Counsel to the Trustee* |

### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ Justin P. Fasano
Justin P. Fasano

2