**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **24-00070-ELG** |
| | ) | |
| **42920 NE LLC,** | ) | **CHAPTER 7** |
| | ) | |
|     **Debtor.** | ) | |
| | ) | |

**ORDER GRANTING APPLICATION TO AUTHORIZE RETENTION OF COUNSEL**

Upon consideration of the Application to Authorize Retention of the law firm of McNamee Hosea, P.A. (the "Attorneys") as Counsel to the Trustee, the Court being satisfied that the Attorneys represent no interest adverse to the estate, that the Attorneys are disinterested persons, and that such employment is necessary and is in the best interests of the estates, it is hereby

**ORDERED** pursuant to 11 U.S.C. § 327(a), that Wendell W. Webster, in his capacity as the Trustee ("Trustee") of the above-captioned Chapter 7 bankruptcy estate, be and hereby is authorized to employ the Attorneys as counsel for the purposes identified in the Trustee's Application effective as of March 26, 2024; and it is

**FURTHER ORDERED,** that the compensation of the Attorneys shall be subject to further order of this Court, after notice and an opportunity for a hearing.

Copies of this Order to:

Justin P. Fasano
jfasano@mhlawyers.com

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

**END OF ORDER**

I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

**SEEN**

GERARD VETTER,
ACTING U.S. TRUSTEE, REGION 4

By: DRAFT
Kristen Eustis
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

2