The order below is hereby signed.

Signed: April 11 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 24-00070-ELG |
| 42920 NE LLC, | CHAPTER 7 |
| Debtor. | |

## ORDER DENYING MOTION TO WITHDRAW PETITION AND DISMISS CASE

Upon consideration of the *Motion To Withdraw Petition And Dismiss Case* (the "Motion," Docket No. 13) filed by 42920 NE LLC ("Debtor") and the opposition of WCP Fund I, LLC and Wendell W. Webster, in his capacity as Chapter 7 Trustee, and insufficient cause appearing in support of the Motion, it is, for the reasons stated on the record at the hearing held on April 10, 2024, hereby, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED** that the Motion is DENIED.

Copies of this Order to:

Justin P. Fasano
jfasano@mhlawyers.com

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

**END OF ORDER**

<u>I ASK FOR THIS</u>

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

**<u>SEEN AND AGREED</u>**

By: /s/ Maurice Verstandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
Counsel for WCP Fund I LLC

**<u>SEEN AND OBJECTED TO</u>**

/s/ Jamison B. Taylor
Jamison B. Taylor, Bar # 457280
1218 11th St. NW
Washington, DC 20001
Phone: 202-997-3802
Fax: 202-478-2146
Attorney for Debtor

2