The order below is hereby signed.

Signed: April 11 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 24-00070-ELG |
| **42920 NE, LLC,** | |
| **Debtor.** | Chapter 7 |

## ORDER TO SHOW CAUSE

A petition (the "Petition") commencing the above-captioned chapter 7 bankruptcy case was filed on March 6, 2024 by the above-captioned debtor (the "Debtor"). The corporate resolution authorizing the filing authorized Woinshet Mekonnen[1], the managing member of the Debtor, to act as the debtor designee in this matter, including the power to execute and file all necessary documents for this chapter 7 case.

On March 12, 2024, the Court issued an *Order to Show Cause* (ECF No. 10) ordering the Debtor to show cause why it had not cured the deficiencies set forth in the *Notice of Party Filing Deficient Bankruptcy Case* (ECF No. 6). On April 4, 2024, the Court issued another *Order to Show Cause* (ECF No. 22) (together, the "Show Cause Orders") ordering the Debtor to show cause why it had not cured the deficiencies set forth in the *Notice of Party Filing Deficient Bankruptcy Case*

---

[1] The documents attached to the Petition list the representative's name as Mekonnen Woinshet. This is incorrect. Ms. Mekonnen is a debtor in an individual chapter 7 case in which the same chapter 7 trustee. The Court does not know if the error was unintentional or intentional on the part of Ms. Mekonnen, and will be examined by the Court at the hearing set herein.

1

(ECF No. 14). The Court held a hearing on April 10, 2024 (the "Hearing") on the Show Cause Orders, at which counsel for the Debtor appeared but Ms. Mekonnen did not appear in violation of the Court's General Order 2023-01. As of the date of the Hearing, the Debtor still had not remedied the filing deficiencies in this case. Counsel for the Debtor represented that he has not received any of the information regarding the outstanding documents from Ms. Mekonnen to complete the required filings. Both the chapter 7 trustee and the Debtor's primary creditor objected to dismissal of this case due to potential equity in the Debtor's assets, notwithstanding the failure of the Debtor to comply with all filing requirements.

Therefore, it appearing Ms. Mekonnen has not complied with her duties as proscribed under the corporate resolution and, as a result, the Debtor has not complied with the Court's Show Cause Orders, the Court shall order Ms. Mekonnen to appear and show cause why the Court should not sanction her and the Debtor in this matter.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Ms. Woinshet Mekonnen shall appear in person on April 17, 2024, at 9:30 a.m., to show cause why the Court should not enter sanctions against her individually and the Debtor for their failure to comply with applicable law and rules, including, but not limited to, the requirement to file statements, schedules, and a statement of financial affairs for the Debtor and failure to comply with Orders of this Court.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.