**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | 24-00070-ELG |
| 42920 NE LLC, | ) | CHAPTER 7 |
| Debtor. | ) | |

## REPORT TO COURT

On April 11, 2024, the Trustee conducted the meeting of creditors. The Debtor's principal, Woinshet Mekonnen, appeared at the meeting of creditors. Ms. Mekonnen was generally cooperative and responsive, although she did not provide any documents prior to the meeting, and schedules still have not been filed. Ms. Mekonnen disclosed the existence of a tenant of the Debtor, and a potential buyer for the tenant's property. The meeting of creditors was continued to June 6, 2024, for supplemental questioning after the filing of schedules and provision of documents. Accordingly, the Trustee continues to oppose dismissal of the case.

Dated: April 11, 2024                               Respectfully submitted

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

                                                   /s/ Justin P. Fasano
                                                   Justin P. Fasano