The order below is hereby signed.

Signed: April 11 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br>    **42920 NE, LLC,**<br>          **Debtor.** | Case No. 24-00070-ELG<br><br>Chapter 7 |

## ORDER TO SHOW CAUSE

A petition (the "Petition") commencing the above-captioned chapter 7 bankruptcy case was filed on March 6, 2024 by the above-captioned debtor (the "Debtor"). The corporate resolution authorizing the filing authorized Woinshet Mekonnen[1], the managing member of the Debtor, to act as the debtor designee in this matter, including the power to execute and file all necessary documents for this chapter 7 case.

On March 12, 2024, the Court issued an *Order to Show Cause* (ECF No. 10) ordering the Debtor to show cause why it had not cured the deficiencies set forth in the *Notice of Party Filing Deficient Bankruptcy Case* (ECF No. 6). On April 4, 2024, the Court issued another *Order to Show Cause* (ECF No. 22) (together, the "Show Cause Orders") ordering the Debtor to show cause why it had not cured the deficiencies set forth in the *Notice of Party Filing Deficient Bankruptcy Case*

---

[1] The documents attached to the Petition list the representative's name as Mekonnen Woinshet. This is incorrect. Ms. Mekonnen is a debtor in an individual chapter 7 case in which the same chapter 7 trustee. The Court does not know if the error was unintentional or intentional on the part of Ms. Mekonnen, and will be examined by the Court at the hearing set herein.

1

(ECF No. 14). The Court held a hearing on April 10, 2024 (the "Hearing") on the Show Cause Orders, at which counsel for the Debtor appeared but Ms. Mekonnen did not appear in violation of the Court's General Order 2023-01. As of the date of the Hearing, the Debtor still had not remedied the filing deficiencies in this case. Counsel for the Debtor represented that he has not received any of the information regarding the outstanding documents from Ms. Mekonnen to complete the required filings. Both the chapter 7 trustee and the Debtor's primary creditor objected to dismissal of this case due to potential equity in the Debtor's assets, notwithstanding the failure of the Debtor to comply with all filing requirements.

Therefore, it appearing Ms. Mekonnen has not complied with her duties as proscribed under the corporate resolution and, as a result, the Debtor has not complied with the Court's Show Cause Orders, the Court shall order Ms. Mekonnen to appear and show cause why the Court should not sanction her and the Debtor in this matter.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Ms. Woinshet Mekonnen shall appear in person on April 17, 2024, at 9:30 a.m., to show cause why the Court should not enter sanctions against her individually and the Debtor for their failure to comply with applicable law and rules, including, but not limited to, the requirement to file statements, schedules, and a statement of financial affairs for the Debtor and failure to comply with Orders of this Court.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00070-ELG |
| 42920 NE, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 42920 NE, LLC, 2504 10th St. NE, Washington, DC 20018-1739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2024              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jamison Bryant Taylor | on behalf of Debtor 42920 NE  LLC jtaylor@rismllc.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 5