The order below is hereby signed.

Signed: April 18 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br>    42920 NE, LLC,<br>        Debtor. | Case No. 24-00070-ELG<br><br>Chapter 7 |

## ORDER

A petition (the "Petition") commencing the above-captioned chapter 7 bankruptcy case was filed on March 6, 2024 by the above-captioned debtor (the "Debtor"). The Court issued two *Order(s) to Show Cause* (the "Show Cause Orders") (ECF Nos. 10, 22) regarding the Debtor's failure to cure deficiencies noticed in the case. After holding a hearing on the Show Cause Orders on April 10, 2024 at which the Debtor representative, Ms. Mekonnen, did not appear, the Court issued a further *Order to Show Cause* (ECF No. 27) (the "Mekonnen Show Cause") directed towards Ms. Mekonnen to appear and show cause why the Court should not sanction her and the Debtor in this matter for their failure to comply with applicable law and rules, including, but not limited to the requirement to file schedules and a statement of financial affairs for the Debtor and failure to comply with Orders of this Court.

The Court held a hearing on the Mekonnen Show Cause on April 17, 2024, at which Ms. Mekonnen appeared and failed to show cause as to why all required documents had not been completed in this Case in violation of this Court's Show Cause Orders. Therefore, the Court finds

that cause exists to fine Ms. Mekonnen for her failure to comply, subject to a final opportunity to comply.

For the reasons stated on the record at the April 17, 2024 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that

1) Ms. Mekonnen shall provide counsel for the Debtor all information necessary and shall cooperate with counsel as required to complete and file all required documents in this case sufficient to cure the deficiencies subject to the Show Cause Orders (ECF No. 10, 22) on or before May 1, 2024.

2) If Ms. Mekonnen fails to either (i) provide any necessary documentation or (ii) cooperate with counsel in the completion of all required documents such that the Debtor is able to cure the deficiencies by May 1, 2024, Ms. Mekonnen shall be fined $50 per day, payable to the Court, until she provides such information that the Debtor can cure all outstanding deficiencies.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.