The order below is hereby signed.

Signed: April 18 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

    **42920 NE, LLC,**

        Debtor.

Case No. 24-00070-ELG

Chapter 7

## ORDER

A petition (the "Petition") commencing the above-captioned chapter 7 bankruptcy case was filed on March 6, 2024 by the above-captioned debtor (the "Debtor"). The Court issued two *Order(s) to Show Cause* (the "Show Cause Orders") (ECF Nos. 10, 22) regarding the Debtor's failure to cure deficiencies noticed in the case. After holding a hearing on the Show Cause Orders on April 10, 2024 at which the Debtor representative, Ms. Mekonnen, did not appear, the Court issued a further *Order to Show Cause* (ECF No. 27) (the "Mekonnen Show Cause") directed towards Ms. Mekonnen to appear and show cause why the Court should not sanction her and the Debtor in this matter for their failure to comply with applicable law and rules, including, but not limited to the requirement to file schedules and a statement of financial affairs for the Debtor and failure to comply with Orders of this Court.

The Court held a hearing on the Mekonnen Show Cause on April 17, 2024, at which Ms. Mekonnen appeared and failed to show cause as to why all required documents had not been completed in this Case in violation of this Court's Show Cause Orders. Therefore, the Court finds

1

that cause exists to fine Ms. Mekonnen for her failure to comply, subject to a final opportunity to comply.

For the reasons stated on the record at the April 17, 2024 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that

1) Ms. Mekonnen shall provide counsel for the Debtor all information necessary and shall cooperate with counsel as required to complete and file all required documents in this case sufficient to cure the deficiencies subject to the Show Cause Orders (ECF No. 10, 22) on or before May 1, 2024.

2) If Ms. Mekonnen fails to either (i) provide any necessary documentation or (ii) cooperate with counsel in the completion of all required documents such that the Debtor is able to cure the deficiencies by May 1, 2024, Ms. Mekonnen shall be fined $50 per day, payable to the Court, until she provides such information that the Debtor can cure all outstanding deficiencies.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.

United States Bankruptcy Court

District of Columbia

In re: | Case No. 24-00070-ELG
42920 NE, LLC | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 1
Date Rcvd: Apr 18, 2024 | Form ID: pdf001 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 42920 NE, LLC, 2504 10th St. NE, Washington, DC 20018-1739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jamison Bryant Taylor | on behalf of Debtor 42920 NE  LLC jtaylor@rismllc.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 5