# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE | ) |
| | ) |
| 42920 NE, LLC | ) Case No.: 24-00070 |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| | ) |

## Motion To Extend To Time File Schedules

COMES NOW, debtor, by and through counsel, and respectfully moves this Honorable Court to extend the time to file Schedules, Statement of Financial Affairs, and all outstanding filings to May 10, 2024.

In support of this motion, debtor states as follows:

1. That due to other scheduled commitments, the undersigned has been unable to complete the preparation of debtor's schedules, and additional time is required to be able to do so.

2. Counsel for debtor was out of town due to a death in the family and require more time to obtain and review information from the debtor in order to complete the outstanding schedules.

3. Pursuant to the Court's order the current due date for filing the schedules and other required documents is May 2, 2024.

WHEREFORE, debtor respectfully requests an additional time to file the outstanding Schedules and other required documents.

Respectfully Submitted,

/S/Jamison B. Taylor
Jamison B. Taylor
Bar # 457280
1218 11th St. NW
Washington, DC 20001

        Phone: 202-997-3802
        Fax:   202-478-2146
        Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Extend Time, was sent via ECF, to the trustee, on May 2, 2024.

        /S/Jamison B. Taylor