**UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE ) | |
| ) | |
| 42920 NE, LLC ) | Case No.: 24-00070 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |

**ORDER**

Upon consideration of Debtor's Motion for Extension of Time to File Schedules, good cause being shown therein, it is,

ORDERED, that said motion be and hereby is granted, and that the time for Debtor to file Schedules, Statement of Financial Affairs and all other due filings is hereby extended until May 10, 2024.

_____

Judge