The order below is hereby signed.

Signed: May 8 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 24-00070-ELG** |
| **42920 NE, LLC,** | |
| **Debtor.** | **Chapter 7** |

### ORDER

A petition (the "Petition") commencing the above-captioned chapter 7 bankruptcy case was filed on March 6, 2024 by the above-captioned debtor (the "Debtor"). The Court issued two *Order(s) to Show Cause* (the "Show Cause Orders") (ECF Nos. 10, 22) regarding the Debtor's failure to cure deficiencies noticed in the case. After holding a hearing on the Show Cause Orders on April 10, 2024 at which the Debtor representative, Ms. Mekonnen, did not appear, the Court issued a further *Order to Show Cause* (ECF No. 27) (the "Mekonnen Show Cause") that directed Ms. Mekonnen to appear and show cause why the Court should not sanction her and the Debtor in this matter for their failure to comply with applicable law and rules, including, but not limited to the requirement to file schedules and a statement of financial affairs for the Debtor and failure to comply with Orders of this Court.

The Court held a hearing on the Mekonnen Show Cause on April 17, 2024, at which Ms. Mekonnen appeared and failed to show cause as to why all required documents had not been completed in this Case in violation of this Court's Show Cause Orders. For the reasons stated on

the record at the April 17, 2024 hearing, the Court entered an *Order* (the "Show Cause Order") (ECF No. 32) directing Ms. Mekonnen to comply with the terms therein by May 1, 2024 or face the possibility of a monetary fine. Specifically, the Show Cause Order required Ms. Mekonnen to provide all necessary documentation to counsel for the Debtor and to cooperate with counsel for the Debtor to complete the documents.

The Debtor's schedules were not filed on May 1, 2024, and instead on May 2, 2024, the Debtor's counsel filed a *Motion to Extend To Time File Schedules* [sic] (the "Motion to Extend"). ECF No. 36. The grounds for the requested extension in the Motion to Extend all relate to delays attributable to counsel for the Debtor and does not speak, at all, to Ms. Mekonnen's compliance with the Court's Show Cause Order. Therefore, while the Court will grant the extension of time requested in the Motion to Extend, the Court shall set a hearing on the question of Ms. Mekonnen's compliance with the Show Cause Order.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that

1)      The time for the Debtor to file its Schedules, Statement of Financial Affairs, and all other due filings is extended through May 10, 2024.

2)      The Debtor, counsel for the Debtor, and Ms. Mekonnen shall appear at a hearing on May 15, 2024 at 9:30 a.m. on the question of Ms. Mekonnen's compliance with the Show Cause Order. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should familiarize themselves with General Order 2023-01, *Order Establishing Hearing Protocols Before Judge Gunn*.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.