The order below is hereby signed.

Signed: May 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

    42920 NE, LLC,

        Debtor.

Case No. 24-00070-ELG

Chapter 7

## ORDER CONTINUING HEARING

On April 18, 2024, the Court entered an *Order* (the "Sanction Order") (ECF No. 32) directing the above-captioned Debtor's designee, Woinshet Mekonnen, to provide all necessary documentation to and cooperate with counsel for the Debtor to complete the lists, schedules, and other documents necessary for a chapter 7 case by May 1, 2024, or face the possibility of a monetary sanction.

The Debtor's schedules were not filed on May 1, 2024, and instead, on May 2, 2024 the Debtor's counsel filed a *Motion to Extend To Time File Schedules* [sic] (the "Motion to Extend"). ECF No. 36. The grounds for the requested extension in the Motion to Extend all relate to delays attributable to counsel for the Debtor and did not speak, at all, to Ms. Mekonnen's compliance with either the Court's Sanction Order or the previously issued orders to show cause. *See* ECF Nos. 10, 22, 27. The Court granted the Motion to Extend through May 10, 2024, and set a hearing for May 15, 2024 to ascertain whether Ms. Mekonnen was in compliance with the Sanction Order.

1

The Debtor filed Schedules, a Statement of Financial Affairs, and all other outstanding filings on May 10, 2024 (the "Filings").

At the hearing held on May 15, 2024, only counsel for the Debtor appeared. Ms. Mekonnen did not appear at the hearing. The Court, counsel for the chapter 7 trustee, and counsel for a creditor all expressed concerns with the veracity and completeness of the Filings and Ms. Mekonnen's compliance with the Sanction Order. As a result, the Court finds cause to continue the hearing on Ms. Mekonnen's compliance with the Sanction Order until after the continued § 341 meeting of creditors in this matter. [1]

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the hearing on Ms. Mekonnen's compliance with the Sanction Order is continued to **June 20, 2024 at 9:30 a.m.** The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should familiarize themselves with General Order 2023-01, *Order Establishing Hearing Protocols Before Judge Gunn*.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.

---

[1] Unless specified otherwise, all chapter, code, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001–9037. The Federal Rules of Civil Procedure are referred to as "Civil Rules."