The order below is hereby signed.

Signed: June 24 2024



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 24-00070-ELG** |
|     **42920 NE, LLC,** | |
|         **Debtor.** | **Chapter 7** |

## ORDER DISCHARGING SHOW CAUSE ORDER

On April 11, 2024, the Court issued an *Order to Show Cause* (the "Show Cause Order") (ECF No. 27) as to the Debtor designee Ms. Mekonnen.

For the reasons stated on the record at the hearing held June 20, 2024, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Court's Show Cause Order (ECF No. 27) is **DISCHARGED**.

[Signed and dated above.]

Copies to: recipients of electronic notification.

1