IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | 24-00070-ELG |
|  | ) |  |
| 42920 NE LLC, | ) | CHAPTER 7 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

NOTICE OF HEARING ON
MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF CERTAIN
LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f) AND TO REJECT LEASE
**(**429 20th NE, Unit 1, Washington DC 20002 and
associated parking spot described as 429 20th NE, Unit P-1, Washington DC 20002**)**

Wendell W. Webster, Chapter 7 Trustee (the "Trustee"), by counsel has filed a *Motion to Sell Property Free and Clear of Certain Liens and Interest Pursuant to 11 U.S.C. § 363(f) and to Reject Lease* (the "Motion"). In the Motion, the Trustee seeks property located at 429 20th NE, Unit 1, Washington DC 20002 and an associated parking spot described as 429 20th NE, Unit P-1, Washington DC 20002 for $15,000 (or $19,000 if delivered vacant) to Pacific RBLF Funding Trust or its assigns, free and clear of liens, pursuant to terms described in the Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:

☒     **On or before July 16, 2024,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

>  Clerk of the Bankruptcy Court
>  E. Barrett Prettyman U.S. Courthouse
>  333 Constitution Avenue, N.W.
>  Washington, D.C. 20001

Any objection filed must be sent to:

> Justin P. Fasano
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on July 23, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  July 1, 2024                    Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel. (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

DC Water & Sewer Authority
c/o David L. Gadis, CEO
5000 Overlook Avenue, SW
Washington, DC 20032

Rafiya Stackhouse
429 20th St. NE, Unit 1
Washington, DC 20002

Barrett Wilson Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

Christiana Joy Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

RDW Condominium
c/o Barrett Wilson Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

RDW Condominium
c/o Christiana Joy Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

Law Offices of Eric Howell Sayles, PLLC
c/o Seth Slomowitz
1155 Connecticut Ave NW Suite 650
Washington DC 20036

District of Columbia Department of Consumer and Regulatory Affairs
c/o Brian J. Hanlon
1100 4th St SW
Washington, DC 20024

Danayit Taklit Negash
2504 10th Street, NE
#402
Washington, DC 20018

Merrick Garland Esq.
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

Office of U.S. Attorney
Attn: Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

All other creditors on the creditors matrix in this case.

/s/    Justin Fasano
Justin P. Fasano