The order below is hereby signed.

Signed: July 22 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 24-00070-ELG |
| ) | |
| 42920 NE LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO SELL REAL PROPERTY FREE AND <u>CLEAR OF
ANY AND ALL LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)</u>**
**(**429 20th NE, Unit 1, Washington DC 20002 and
associated parking spot described as 429 20th NE, Unit P-1, Washington DC 20002**)**

This matter came before the Court on the *Motion to Sell Property Free and Clear of Any and All Liens and Interest Pursuant to 11 U.S.C. § 363(f)* (the "Motion," Docket No. 57) filed by Wendell W. Webster, the Chapter 7 trustee (the "Trustee") for 42920 NE LLC (the "Debtor") in this case.  By the Motion, the Trustee sought authority to sell the property located at **(**429 20th NE, Unit 1, Washington DC 20002 (Lot 4550, Square 2040) and an associated parking spot described as 429 20th NE, Unit P-1, Washington DC 20002 (Lot 4550, Square 2042) (the "Property") for $15,000.00 to WCP Fund I, LLC or its assigns ("Purchaser") if conveyed

occupied or $19,500.00 if conveyed vacant. The Court finds that the sale price as set forth above, is fair and reasonable. The Court has considered the Motion and any objections filed thereto, and finds that good cause exists to grant the relief requested. This Court finds that it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and the same hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED**, that all capitalized terms not otherwise defined shall have the meaning assigned to them in the Motion; and it is

**FURTHER ORDERED**, that the Trustee is authorized and directed to sell the Property to the Purchaser for $15,000.00 to WCP Fund I, LLC or its assigns ("Purchaser") if conveyed occupied or $19,000.00 if conveyed vacant; free and clear of all liens and interests, junior to that certain Deed of Trust recorded as Instrument No. 2023029212 in favor of Russell Drazin as trustee and assigned to Pacific RBLF Funding Trust as Instrument 2024009837, but subject all liens senior to that Deed of Trust; and it is

**FURTHER ORDERED,** that upon sale, the Trustee is authorized to pay Law Offices Of Eric Howell Sayles, P.L.L.C. $4,000.00 in full and complete satisfaction of its judgment lien; and it is

**FURTHER ORDERED**, that Purchaser will pay a non-refundable deposit of $15,000 within 14 days of the entry of the order approving the sale, and complete the purchase within six months of the order approving the sale; and it is

**FURTHER ORDERED**, upon approval of the sale, the Trustee will, at no cost to the estate, and subject to the court approval and notice and opportunity to object, seek to engage current counsel for WCP to obtain the turnover of possession of the Property; and it is

**FURTHER ORDERED**, that the Trustee shall have the authority to execute all documents in connection with the sale on behalf of the estate, including, but not limited to, a deed to convey the entire Property; and it is

**FURTHER ORDERED,** that except as otherwise stated in this order, all of the sale proceeds will be held by the Trustee until further order of this Court; and it is

**FURTHER ORDERED**, that the Debtor's lease with Rafiya Stackhouse is rejected pursuant to 11 U.S.C. § 365; and it is

**FURTHER ORDERED,** that any stay of this Order made applicable by Federal Rule of Bankruptcy Procedure 6004(h) or otherwise is hereby waived and this Order shall be effective immediately; and it

**FURTHER ORDERED**, that WCP Fund I, LLC and Pacific RBLF Funding Trust and any of their affiliates are hereby deemed to have waived any right to file any claim against the bankruptcy estate.

**END OF ORDER**

<u>I ASK FOR THIS</u>

<u>s/ Justin Fasano</u>
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

SEEN AND AGREED

/s/ Maurice B. VerStandig
 Maurice B. VerStandig, Esq.
 Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
Counsel for WCP Fund I LLC

**Copies to:**

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

DC Water & Sewer Authority
c/o David L. Gadis, CEO
5000 Overlook Avenue, SW
Washington, DC 20032

Rafiya Stackhouse
429 20th St. NE, Unit 1
Washington, DC 20002

Barrett Wilson Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

Christiana Joy Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

RDW Condominium
c/o Barrett Wilson Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

RDW Condominium
c/o Christiana Joy Alexander
429 20th St. NE, Unit 2
Washington, DC 20002

Law Offices of Eric Howell Sayles, PLLC
c/o Seth Slomowitz
1155 Connecticut Ave NW Suite 650
Washington DC 20036

District of Columbia Department of Consumer and Regulatory Affairs
c/o Brian J. Hanlon
1100 4th St SW
Washington, DC 20024


Merrick Garland Esq.
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

Office of U.S. Attorney
Attn: Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

United States Bankruptcy Court

District of Columbia

In re:     Case No. 24-00070-ELG
42920 NE, LLC     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Jul 25, 2024     Form ID: pdf001     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Barrett Wilson Alexander, 429 20th St. NE, Unit 2, Washington, DC 20002-4703 |
| | + | Christiana Joy Alexander, 429 20th St. NE, Unit 2, Washington, DC 20002-4703 |
| | + | DC Department of Consumer and Regulatory Affairs, c/o Brian J. Hanlon, 1100 4th St SW, Washington, DC 20024-4471 |
| | + | DC Water & Sewer Authority, c/o David L. Gadis, CEO, 5000 Overlook Avenue, SW, Washington, DC 20032-5212 |
| | #+ | Law Offices of Eric Howell Sayles, PLLC, c/o Seth Slomowitz, 1155 Connecticut Ave NW Suite 650, Washington, DC 20036-4374 |
| | + | Office of U.S. Attorney, Attn: Civil Process Clerk, 555 Fourth Street, N.W., Washington, DC 20530-0001 |
| | + | RDW Condominium, c/o Barrett Wilson Alexander, 429 20th St. NE, Unit 2, Washington, DC 20002-4703 |
| | + | RDW Condominium, c/o Christiana Joy Alexander, 429 20th St. NE, Unit 2, Washington, DC 20002-4703 |
| | + | Rafiya Stackhouse, 429 20th St. NE, Unit 1, Washington, DC 20002-4703 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 12:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| | ^ | MEBN | Jul 25 2024 12:11:01 | Merrick Garland Esq., Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza, Rm 1150, Baltimore, MD 21201 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jamison Bryant Taylor | on behalf of Debtor 42920 NE LLC jtaylor@rismllc.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 5