

McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

Webster & Frederickson, PLLC
Wendell Webster, Trustee
1775 K Street, NW, Ste 290
Washington DC, 20006

Statement as of: July 29, 2024

Statement No. 346822

Matter ID: 20463-0018
Trustee Representation - 42920 NE LLC

**Professional Fees** | | | Hours | Amount
---|---|---|---|---
3/26/2024 | JPF | Review order to show cause, call with Verstandig. | 0.40 | 160.00
3/27/2024 | JPF | Attend hearing on show cause. | 0.20 | 80.00
4/4/2024 | JPF | Review new order to show cause. | 0.10 | 40.00
4/10/2024 | JPF | Attend court hearing, draft order denying dismissal. | 0.50 | 200.00
4/11/2024 | JPF | 341 meeting, call with Verstandig thereafter (1.0). Draft report of 341 (0.3) | 1.30 | 520.00
4/12/2024 | JPF | E-mail to J. Taylor and M. Verstandig regarding documents needed. | 0.30 | 120.00
4/15/2024 | JPF | Call with Verstandig regarding parking space issue and review land records regarding same. Review show cause order. | 0.40 | 160.00
4/17/2024 | JPF | Court hearing on show cause. | 0.20 | 80.00
4/29/2024 | JPF | Call and e-mail Verstandig regarding payoff. | 0.20 | 80.00
5/1/2024 | JPF | E-mails regarding payoff. | 0.10 | 40.00
5/13/2024 | JPF | Review schedules, call with Verstandig | 0.30 | 120.00
5/14/2024 | JPF | E-mail and call Verstandig regarding options. | 0.20 | 80.00
5/15/2024 | JPF | Hearing regarding schedules | 0.20 | 80.00
5/29/2024 | JPF | Call with Verstandig regarding status. | 0.20 | 80.00
6/5/2024 | JPF | E-mails with B. Alexander, call M. Verstandig regarding parking spot issue. | 0.30 | 120.00
6/11/2024 | JPF | Call with Verstandig, draft motion to sell. | 1.50 | 600.00
6/18/2024 | JPF | Call with Verstandig, draft revised sale motion. | 0.40 | 160.00
6/19/2024 | JPF | Review amended schedules. | 0.20 | 80.00
6/25/2024 | JPF | Attend 341 (0.4); Revise sale motion and call with Verstandig regarding same (0.6). | 1.00 | 400.00
6/27/2024 | JPF | Call with Verstandig and revise sale motion. | 0.80 | 320.00
7/1/2024 | JPF | Finalize and file motion to sell. | 0.40 | 160.00
7/12/2024 | JPF | Call with C. Alexander. | 0.20 | 80.00
7/22/2024 | JPF | Call with Verstandig and Slomowitz regarding sale order and submit same. | 0.30 | 120.00
7/23/2024 | JPF | Call with Verstandig regarding order/ payment/ transition (0.2). Fee application (1.0) | 1.20 | 480.00

|  |  |
|---|---:|
| Sub-total Fees: | $4,360.00 |
| Discount:: | (360.00) |

|  |  |
|---|---:|
| Previous Balance Due: | $0.00 |
| Total Current Fees: | $4,000.00 |
| Total Current Expenses: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Total Current Billing: | $4,000.00 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$4,000.00** |

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**