```
Label Matrix for local noticing          4202 NE, LLC                              WCP Fund I LLC in its Capacity as Servicer f
0090-1                                   2504 10th St. NE                          c/o The VerStandig Law Firm, LLC
Case 24-00070-ELG                        Washington, DC 20018-1739                 1452 W. Horizon Ridge Pkwy
United States Bankruptcy Court for the Distri                                      #665
Washington, D.C.                                                                   Henderson, NV 89012-4422
Mon Jul  1 10:59:25 EDT 2024

Washington, D.C.                         Harvey West Auctioneers                   Law Offices of Eric Howell Sayles, PLLC
E. Barrett Prettyman U. S. Courthouse    5335 wisconsin Ave. NW, suite 440         1025 Connecticut Ave. NW suite 615
333 Constitution Ave, NW #1225           Washington, DC 20015-2079                 Washington, DC 20036-5446
Washington, DC 20001-2802


Pacific RBLF Funding Trust               RDW Condominium                           U. S. Trustee for Region Four
8401 Greensboro Drive Suite 960          429 20th St. NE                           U. S. Trustee's Office
Mclean, VA 22102-5149                    Washington, DC 20002-4703                 1725 Duke Street
                                                                                   Suite 650
                                                                                   Alexandria, VA 22314-3489


Jamison Bryant Taylor                    Wendell W. Webster                        End of Label Matrix
1218 11th Street NW                      Wendell W. Webster, Trustee               Mailable recipients   10
Washington, DC 20001-4218                1101 Connecticut Avenue, NW               Bypassed recipients    0
                                         Suite 402                                 Total                 10
                                         Washington, DC 20036-4303
```