**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 24-00070-ELG |
| ) | |
| 42920 NE LLC, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**NOTICE OF SUBMISSION OF PROOF OF CLAIM FROM CREDITORS**

Please take notice that on April 14, 2025, the Trustee received the attached proof of claim from RDW Condominium via e-mail. Pursuant to Fed. R. Bankr. Proc. 5005(c), the Trustee is filing the attached claim with the Court simultaneously with this notice.

Dated: April 17, 2025                                             Respectfully submitted

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, I served a copy of the foregoing via first class mail, postage prepaid, upon the following:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

/s/    Justin P. Fasano
Justin P. Fasano