# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) 24-00070-ELG |
| 42920 NE LLC, | ) CHAPTER 7 |
| Debtor. | ) |

## TRUSTEE'S REPORT OF SALE

COMES NOW Wendell W. Webster, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy estate, by and through counsel, and as his Report of Sale states as follows:

1. This report is pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1).

2. On or about February 26, 2025, the Trustee sold property located at 429 20th NE, Unit 1, Washington DC 20002 and associated parking spot described as 429 20th NE, Unit P-1, Washington DC 20002 (the "Property") to Pacific RBLF REO, LLC for $19,000.00.  Per this Court's order, $4,000 was paid to the Law Offices of Eric Howell Sayles, P.L.L.C. in full and complete satisfaction of its judgment lien.

3. A copy of the deed conveying title is attached.

Dated: April 17, 2025        Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse, Esq (MDB # 07804)
Justin P. Fasano, Esq. (MDB # 28659)
McNamee, Hosea, et al.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
Attorneys for the Chapter 7 Trustee

1

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Trustee's Report of Sale was served this April 17, 2025 via ECF filing to all persons requesting such notice.

                                        /s/ Justin P. Fasano
                                        Justin P. Fasano