

**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
1101 4th St. Street, SW
Washington, DC 20024
Phone (202)727-5374

## Real Property Recordation and Transfer Tax Form FP-7/C

### PART A - Type of Instrument
[✓] Deed   [ ] Deed of Trust   [ ] Lease for a Term of 30 years or more
[ ] Re-recording   [ ] Other: _____

### PART B - Property Description/Data/Property Being Conveyed

| Square | Suffix | Lot | Square | Suffix | Lot |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

If more than one lot, list Square/Suffix/Lots below or attach addendum:

**Square and/or Parcel:** 4550   **Lot(s):** 2040 and 2042

**Property Address:** 429 | 20th Street | NE | **Unit No.** 1 & P-1
Street Number | Street Name | Quadrant

**Property Use:** [x] Dwelling Units ≤ 5   [ ] Apartment   [ ] Commercial

Does the transfer include Condo Parking? [x] Yes  [ ] No

If YES, what is the parking account? 4550 | | 2042
Square | Suffix | Lot

**Fee Interest % Conveyed:** 100 %

Was personal property included in this transfer?   [ ] Yes*   [x] No
*If Yes, what type? _____   Estimated Value $ _____

### PART C - Instrument Submitted by or Contact Person
Name: Russell S. Drazin   Firm: Pardo & Drazin, LLC
Address: 4400 Jenifer Street, NW, Suite 2
City: Washington   State: DC   Zip: 20015

### PART D - Return Instrument To
Name: Russell S. Drazin   Firm: Pardo & Drazin, LLC
Address: 4400 Jenifer Street, NW, Suite 2   Phone No.: 202-223-7900
City: Washington   State: DC   Zip: 20015

### PART E – Grantor(s) Information
Grantor: WENDELL W. WEBSTER, as Chapter 7 Trustee   Grantor:
Grantor:   Grantor:
Address: 1101 Connecticut Avenue, NW, Suite 402   Phone No.: 202-659-8510
City: Washington   State: DC   Zip: 20036

**Grantor(s) Tenancy:** [ ] Tenants in Common  [ ] Joint Tenants  [■] Trustee
[ ] Tenants by Entirety  [ ] Sole

ROD 1 Revised 10/2024



**Government of the District of Columbia**
Office of Tax and Revenue
1101 4th St. Street, SW
Washington, DC 20024
Phone (202)727-5374

| Square | Suffix | Lot |

### PART F – Grantee(s) Information

Grantee: Pacific RBLF REO, LLC
Grantee:
Grantee:
Grantee:
Address: c/o Washington Capital Partners, 8401 Greensboro Drive, Suite 960
Phone No.: 703-727-5464
City: McLean   State: VA   Zip: 22102

**Grantee(s) Tenancy**
☐ Tenants in Common   ☐ Joint Tenants   ☐ Trustee
☐ Tenants by Entirety   ☒ Sole

### PART G - Mailing Address for Grantee (If different from Part F)

Last Name:
First Name:
Middle Name:
Address:   Unit No.:
City:   State:   Zip:
Phone:

### PART H - Consideration and Financing
"complete all items; insert zero if no amount"

**Tax Exemption Application Recordation Tax/Transfer Tax**
(Cite to Specific DC Code Provision)

**I. Deed**

1. Acquisition Price       $538,450.01       _____/_____

   Cash                    $538,450.01       _____/_____

   Amount of 1st Deed of Trust _____

   Purchase Money Amount _____   _____
   Other Exempt Amount   _____   _____
   Nonexempt Amount:     _____   _____

   Amount of 2nd Deed of Trust _____

   Purchase Money Amount _____   _____
   Other Exempt Amount   _____   _____
   Nonexempt Amount:     _____   _____

   Assumed or 3rd Deed of Trust _____

   Purchase Money Amount _____   _____
   Other Exempt Amount   _____   _____
   Nonexempt Amount:     _____   _____

2. Current Tax Year Assessed Value
   (If No or Nominal Consideration) _____   _____/_____

ROD 1 Revised 10/2024



**Government of the District of Columbia**
Office of Tax and Revenue
1101 4th St. Street, SW
Washington, DC 20024
Phone (202)727-5374

| Square | Suffix | Lot |
|---|---|---|
| | | |

**II. Deeds of Trust** (no transfer of title)

Amount of Deed of Trust _____

Exempt Amount (s) _____   _____

Nonexempt Amount(s) _____

3. Total Amount of all Nonexempt Deeds of Trust (I & II) _____

**Tax Exemption Application Recordation Tax**
(Cite to Specific DC Code Provision)

### PART I: Computation of Tax

For recordation tax on residential deed transfers by qualified first-time homebuyers, use Line 1. For residential deed transfers with a total consideration of less than $400,000.00, use Lines 2 and 3. For residential deed transfers with a total consideration of $400,000.00 and higher, use Lines 4 and 5. For commercial deeds and nonexempt security interest instruments, use Lines 4, 5 and 6. (See instructions)

| # | | | Amount |
|---|---|---|---|
| 1. | Recordation Tax | 0.725% of Line 1, Part H (attach form ROD 11) | $ |
| 2. | Recordation Tax | 1.1% of Line 1 or Line 2, Part H | $ |
| 3. | Transfer Tax | 1.1% of Line 1 or Line 2, Part H | $ |
| 4. | Recordation Tax | 1.45% of Line 1 or Line 2, Part H | $ 7,807.53 |
| 5. | Transfer Tax | 1.45% of Line 1 or Line 2, Part H | $ 7,807.53 |
| 6. | Recordation Tax | 1.45% of Line 3, Part H | $ |
| 7. | Total Due | | $ 15,615.06 |

### PART J: Affidavit (Part A to J)

I/We hereby swear or affirm under penalty of perjury that this return, including any accompanying schedules/documents/and statements, has been examined by me/us and to the best of my/our knowledge and belief, the statements and representations are correct and true. I/We hereby acknowledge that any false statement or misrepresentations I/We made on this return is punishable by criminal penalties under the laws of the District of Columbia.

**Grantor(s)**

Typed Name: WENDELL W. WEBSTER, as Chapter 7 Trustee

Signature: /s/ Wendell W. W...

Date: 2/26/25

Subscribed to and sworn to before me by Grantor(s) this 26 day of February, 20 25.

Notary Public

My Commission Expires: 05/05/2025

BRYAN SPELL
Notary Public - Maryland
Charles County
My Commission Expires on June 5, 2025

**Grantee(s)**

Typed Name: Pacific RBLF REO, LLC

Signature: _____

Date: _____

Subscribed to and sworn to before me by Grantee(s) this _____ day of _____, 20 ____.

Notary Public

My Commission Expires: _____

ROD 1 Revised 10/2024

This information is subject to audit.
Please keep all supporting documentation.

Grantee's Address:

Pacific RBLF REO, LLC,
 a Delaware limited liability company
c/o Washington Capital Partners
Attn: Daniel Huertas, CEO
8401 Greensboro Drive, Suite 960
McLean, VA 22102

## CHAPTER 7 TRUSTEE'S DEED

### (Special Warranty Deed)

THIS CHAPTER 7 TRUSTEE'S DEED (this "Deed") is made as of the 3rd day of February, 2025, by and between WENDELL W. WEBSTER, as Chapter 7 Trustee (sometimes hereinafter, "Grantor"), whose mailing address is 1101 Connecticut Avenue, NW, Suite 402, Washington, DC 20036, on the one hand, and PACIFIC RBLF REO, LLC (sometimes hereinafter, "Grantee"), a Delaware limited liability company, whose mailing address is c/o Washington Capital Partners, Attn: Daniel Huertas, CEO, 8401 Greensboro Drive, Suite 960, McLean, VA 22102, on the other hand.

### RECITALS

A.  On March 6, 2024, 42920 NE, LLC ("Debtor"), a District of Columbia limited liability company, filed a Chapter 7 Voluntary Petition in the United States Bankruptcy Court for the District of Columbia (the "Court"). See In re 42920 NE, LLC, Case No. **24-00070-ELG** (the "Case").

B.  Grantor is the Trustee of Debtor's Chapter 7 estate.

C.  Grantor and WCP Fund I LLC ("WCP") entered into an agreement (the "Agreement") whereby, among other things, Grantor agreed to convey to WCP or WCP's designee the fee simple title to the real properties (the "Properties") commonly known as Unit 1

and Parking Unit P-1 at 429 20th Street, NE, Washington, DC 20002 (Lots 2040 and 2042 in Square 4550) and more particularly described on **EXHIBIT B** appended hereto.

D. By Order dated July 22, 2024 and entered on July 23, 2024, the Court approved the Agreement.

E. For purposes of this Deed and the Properties, WCP has designated Grantee to take the fee simple title from Grantor.

F. Pursuant to the Agreement and applicable bankruptcy law, Grantor conveys the fee simple title to the Properties to Grantee free and clear of all liens junior to the lien of the Deed of Trust identified on **EXHIBIT A** appended hereto but subject to all liens senior to the lien of the Deed of Trust identified on **EXHIBIT A** appended hereto.

**NOW, THEREFORE,** in consideration of $19,000.00 plus the then outstanding balance of the Deed of Trust identified on **EXHIBIT A** appended hereto as of July 23, 2024 (*i.e.*, $519,450.01, for total consideration of **$538,450.01**), the recitals set forth above being incorporated as if fully restated, Grantor does hereby grant, bargain, sell, assign, and convey unto Grantee in **FEE SIMPLE** all of Grantor's right, title, and interest in and to the Properties, together with the improvements thereupon, and the rights, alleys, ways, waters, privileges, appurtenances, and advantages thereto belonging or in any way appertaining, free and clear of all liens junior to the lien of the Deed of Trust identified on **EXHIBIT A** appended hereto but subject to all liens senior to the lien of the Deed of Trust identified on **EXHIBIT A** appended hereto.

**AND** Grantor covenants with and specially warrants to Grantee that Grantor is lawfully seized of the Properties hereby conveyed in fee simple, that Grantor has good right and lawful

authority to sell and convey the Properties; and that Grantor will execute such further assurances of the same as may be required.

**IN WITNESS WHEREOF**, and intending to be legally bound, the undersigned Grantor has executed and delivered this Chapter 7 Trustee's Deed under seal as of the date first hereinabove written.

_____
**WENDELL W. WEBSTER**, as Chapter 7 Trustee

STATE OF MARYLAND    )
                     )    ss:
COUNTY OF PRINCE GEORGE'S )

I HEREBY CERTIFY, that on this 26 day of February, 2025, before me, the undersigned Notary Public of the State aforesaid, personally appeared **WENDELL W. WEBSTER**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that, being authorized to do so, he/she executed the same for the purposes and in the capacity contained therein.

**IN WITNESS WHEREOF**, I have hereunto set my hand and official seal the day and year last above mentioned.

_____
Notary Public

My commission expires: 6/5/25

[NOTARIAL SEAL]

BRYAN SPELL
Notary Public · Maryland
Charles County
My Commission Expires on
June 5, 2025

- 3 -

- 4 -

## EXHIBIT A

(Deed of Trust)

Deed of Trust dated April 6, 2023 and recorded on April 10, 2023 as Instrument No. 2023029212 from 42920 NE, LLC, as grantor, to Russell S. Drazin, as trustee, for the benefit of WCP Fund I LLC, as beneficiary, securing that certain Commercial Deed of Trust Note dated April 6, 2023 in the principal amount of $375,000.00 made by 42920 NE, LLC, as maker, payable to the order of WCP Fund I LLC, as payee.

# EXHIBIT B

(Legal Descriptions)

**Parcel 1:**

**Unit 1 at 429 20th Street, NE**
**Washington, DC 20002**

**Lot 2040 in Square 4550**

Part of lot numbered Eighty-Nine (89) in Square numbered Forty-Five Hundred and Fifty (4550) in Chad D. Sager and others subdivision of lots in Block 12, "ROSEDALE AND ISHERWOOD" and other property, as per plat recorded among the records of the Office of the Surveyor for the District of Columbia in Liber 115 at Folio 42.

The part of land conveyed being more particularly described as Unit 1 of the "RDW Condominium," according to the Condominium Declaration recorded on February 10, 2021 as Instrument No. 2021018734 and the By-Laws relating thereto recorded on February 10, 2021 as Instrument No. 2021018735, and as per Plat of Condominium Subdivision recorded in said Surveyor's Office in Condominium Book 112 at Page 41.

Together with all appurtenances incident to said unit(s), as contained in the Condominium Declaration and the By-Laws relating thereto.

Subject, however, to all of the Provisions, Restrictions, Easements, and Conditions as contained in said Condominium Declaration and the Bylaws relating thereto.

The Condominium Declaration allocated to the Units an undivided interest (stated as a percentage) in the Common Elements of the Condominium (hereinafter called the "Percentage Interest"). The Percentage Interest of the Condominium Units is set forth in said Condominium Declaration.

**Parcel 2:**

**Parking Unit P-1 at 429 20th Street, NE**
**Washington, DC 20002**

**Lot 2042 in Square 4550**

Part of lot numbered Eighty-Nine (89) in Square numbered Forty-Five Hundred and Fifty (4550) in Chad D. Sager and others subdivision of lots in Block 12, "ROSEDALE AND ISHERWOOD" and other property, as per plat recorded among the records of the Office of the Surveyor for the District of Columbia in Liber 115 at Folio 42.

The part of land conveyed being more particularly described as Parking Unit P-1 of the "RDW Condominium," according to the Condominium Declaration recorded on February 10, 2021 as Instrument No. 2021018734 and the By-Laws relating thereto recorded on February 10, 2021 as Instrument No. 2021018735, and as per Plat of Condominium Subdivision recorded in said Surveyor's Office in Condominium Book 112 at Page 41.

Together with all appurtenances incident to said unit(s), as contained in the Condominium Declaration and the By-Laws relating thereto.

Subject, however, to all of the Provisions, Restrictions, Easements, and Conditions as contained in said Condominium Declaration and the Bylaws relating thereto.

The Condominium Declaration allocated to the Units an undivided interest (stated as a percentage) in the Common Elements of the Condominium (hereinafter called the "Percentage Interest"). The Percentage Interest of the Condominium Units is set forth in said Condominium Declaration.