**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: 42920 NE, LLC  § Case No. 24-00070
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/06/2024. The undersigned trustee was appointed on 03/06/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        19,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 4,000.00 |
| Administrative expenses | 4,018.46 |
| Bank service fees | 131.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 10,849.78 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/22/2024 and the deadline for filing governmental claims was 10/22/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,650.00, for a total compensation of $2,650.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/08/2025                                By: /s/ Wendell W. Webster
                                                    Trustee , Bar No.: 245696

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 24-00070  
**Case Name:** 42920 NE, LLC  
**For Period Ending:** 05/08/2025

**Trustee Name:** (730040) Wendell W. Webster  
**Date Filed (f) or Converted (c):** 03/06/2024 (f)  
**§ 341(a) Meeting Date:** 04/11/2024  
**Claims Bar Date:** 10/22/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 429 20th NE, Unit 1, 100 percent, Valuation Method: Appraisal (u) | 500,000.00 | 500,000.00 | | 19,000.00 | FA |
| 2 | 429 20th NE parking space P-1, 100 percent, Valuation Method: assesed value (u) | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2 | **Assets Totals (Excluding unknown values)** | **$520,000.00** | **$520,000.00** | | **$19,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  4/16/2025 - Judgment lien in the amt of $4,000 pd pursuant to Bktcy Ct order.

  2/26/2025 - Condo unit & parking space sold pursuant to Bktcy Ct order.

  9/5/2024 - Order Granting First & Final Application of McNamee Hosea for Compensation & Expenses.

  8/12/2024 - Application for Compensation for McNamee Hosea - counsel to Bkcy Estate.

  7/22/2024 - Order granting mtn to sell condo unit & parking space to secured creditor; $4,000 to be paid to judgment lien creditor and $15,000 to be paid to bankruptcy estate for condo unit & parking space.

  7/1/2024 - Mtn to sell property of debtor consisting of condo unit & parking space; condo unit encumbered by secured liens & parking space unencumbered.

**Initial Projected Date Of Final Report (TFR):** 12/30/2024    **Current Projected Date Of Final Report (TFR):** 05/01/2025 (Actual)

05/08/2025  
Date

/s/Wendell W. Webster  
Wendell W. Webster

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 24-00070 | **Trustee Name:** | Wendell W. Webster (730040) | |
| **Case Name:** | 42920 NE, LLC | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***7689 | **Account #:** | ******2416 Checking | |
| **For Period Ending:** | 05/08/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/20/24 | {1} | WCP Fund I, LLC | Purchase Deposit - 429 20th NE Unit 1 & P-1 | 1210-000 | 15,000.00 | | 15,000.00 |
| 09/24/24 | 101 | McNamee Hosea | Ch. 7 Admn Claim for Legal Fees | 3210-000 | | 4,000.00 | 11,000.00 |
| 09/24/24 | 102 | McNamee Hosea | Ch 7 Admn Claim for Atty Exps | 3220-000 | | 1.10 | 10,998.90 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 10,993.90 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 19.32 | 10,974.58 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.37 | 10,958.21 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 19.26 | 10,938.95 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.11 | 10,920.84 |
| 02/26/25 | 103 | SeibertKeck Insurance Partners | Bond Payment | 2300-000 | | 17.36 | 10,903.48 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.33 | 10,887.15 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.87 | 10,870.28 |
| 04/12/25 | {1} | WCP Fund I, LLC | Balance Purchase Price - 429 20th St Unit 1; P-1 | 1210-000 | 4,000.00 | | 14,870.28 |
| 04/16/25 | 104 | Law Offices of Eric Howell Sayles, P.L.L.C. | Judgment Lien - 429 20th St Unit 1; pd from sales proceeds | 4120-000 | | 4,000.00 | 10,870.28 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.50 | 10,849.78 |
| | | **COLUMN TOTALS** | | | 19,000.00 | 8,150.22 | $10,849.78 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 19,000.00 | 8,150.22 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $19,000.00 | $8,150.22 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** 24-00070 | **Trustee Name:** Wendell W. Webster (730040) |
| **Case Name:** 42920 NE, LLC | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** **-***7689 | **Account #:** ******2416 Checking |
| **For Period Ending:** 05/08/2025 | **Blanket Bond (per case limit):** $3,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---|
| Net Receipts: | $19,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $19,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2416 Checking | $19,000.00 | $8,150.22 | $10,849.78 |
| | **$19,000.00** | **$8,150.22** | **$10,849.78** |

05/08/2025  
Date

/s/Wendell W. Webster  
Wendell W. Webster

UST Form 101-7-TFR (5/1/2011)

| Printed: | 05/08/2025 7.30 AM | Page: 1 |

# Exhibit C
## Claims Distribution - Thu, 05-01-2025

Trustee: Webster

| Case Number: | 24-00070 | Case Name: | 42920 NE, LLC |
|---|---|---|---|
| Petition Date: | 03/06/2024 | Judge: | ELIZABETH L. GUNN |

| Claim # | Claimant | Class | Priority | Allowed | Paid | Balance | Interest | Total Proposed | % | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE | Wendell W. Webster | A7 | 200 | $2,650.00 | $0.00 | $2,650.00 | $0.00 | $2,650.00 | 100.00 % | $8,199.78 |
| Admn | McNamee Hosea | A7 | 200 | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | 100.00 % | $8,199.78 |
| Admn | McNamee Hosea | A7 | 200 | $1.10 | $1.10 | $0.00 | $0.00 | $0.00 | 100.00 % | $8,199.78 |
| 1 | RDW Condominium | P | 570 | $6,917.80 | $0.00 | $6,917.80 | $0.00 | $5,422.01 | 78.38 % | $2,777.77 |
| 2 | RDW Condominium | P | 570 | $3,544.09 | $0.00 | $3,544.09 | $0.00 | $2,777.77 | 78.38 % | $0.00 |
| | | | Totals: | $17,112.99 | $4,001.10 | $13,111.89 | $0.00 | $10,849.78 | | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-00070
Case Name: 42920 NE, LLC
Trustee Name: Wendell W. Webster

**Balance on hand:** $ 10,849.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,849.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 2,650.00 | 0.00 | 2,650.00 |
| Attorney for Trustee Fees (Other Firm) - McNamee Hosea | 4,000.00 | 4,000.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - McNamee Hosea | 1.10 | 1.10 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 2,650.00
Remaining balance: $ 8,199.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,199.78

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,461.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | RDW Condominium | 6,917.80 | 0.00 | 5,422.01 |
| 2 | RDW Condominium | 3,544.09 | 0.00 | 2,777.77 |

|  | Total to be paid for priority claims: | $ | 8,199.78 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**