# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| IN RE:<br>42920 NE LLC | CASE NO: 24-00070<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 69 |
|---|---|

On 5/16/2025, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) ECF Docket Reference No. 69

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/16/2025

/s/ /s/ Wendell W. Webster
/s/ Wendell W. Webster  245696
Chapter 7 Panel Trustee
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC  20036
202 659 8510
wwebster@websterfredrickson.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

42920 NE LLC

CASE NO: 24-00070

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 69

On 5/16/2025, a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) ECF Docket Reference No. 69

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/16/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Wendell W. Webster
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC  20036

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through were not served via First Class USPS Mail Service.

CASE INFO                              DEBTOR
  LABEL MATRIX FOR LOCAL NOTICING      42920 NE   LLC                           WCP FUND I LLC IN ITS CAPACITY AS
NCRS ADDRESS DOWNLOAD                  2504 10TH ST NE                          SERVICER F
CASE 24-00070                          WASHINGTON   DC 20018-1739               CO THE VERSTANDIG LAW FIRM  LLC
DISTRICT OF DISTRICT OF COLUMBIA                                                1452 W HORIZON RIDGE PKWY
FRI MAY 16 7-23-37 PST 2025                                                     665
                                                                                HENDERSON  NV 89012-4422


WASHINGTON   DC                        HARVEY WEST AUCTIONEERS                  LAW OFFICES OF ERIC HOWELL SAYLES   PLL
E BARRETT PRETTYMAN U S COURTHOUSE     5335 WISCONSIN AVE NW  SUITE 440         1025 CONNECTICUT AVE NW SUITE 615
333 CONSTITUTION AVE  NW 1225          WASHINGTON   DC 20015-2079               WASHINGTON   DC 20036-5446
WASHINGTON   DC 20001-2802




PACIFIC RBLF FUNDING TRUST             RDW CONDOMINIUM                          U S TRUSTEE FOR REGION FOUR
8401 GREENSBORO DRIVE SUITE 960        429 20TH ST NE                           U S TRUSTEES OFFICE
MCLEAN   VA 22102-5149                 UNIT 2                                   1725 DUKE STREET
                                       WASHINGTON   DC 20002-4703               SUITE 650
                                                                                ALEXANDRIA   VA 22314-3489




JAMISON BRYANT TAYLOR                  WENDELL W WEBSTER
1218 11TH STREET NW                    WENDELL W WEBSTER  TRUSTEE
WASHINGTON   DC 20001-4218             1101 CONNECTICUT AVENUE  NW
                                       SUITE 402
                                       WASHINGTON   DC 20036-4303
```