## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: 42920 NE, LLC | § | Case No. 24-00070 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Wendell W. Webster, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $20,000.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $12,199.78 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $6,800.22 | |

3) Total gross receipts of $19,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $19,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $458,550.01 | $4,000.00 | $4,000.00 | $4,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,800.22 | $6,800.22 | $6,800.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $10,461.89 | $10,461.89 | $8,199.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $33,781.35 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $492,331.36 | $21,262.11 | $21,262.11 | $19,000.00 |

4) This case was originally filed under chapter 7 on 03/06/2024.  The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    07/25/2025

By: /s/ Wendell W.  Webster

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 429 20th NE, Unit 1, 100 percent, Valuation Method: Appraisal | 1210-000 | $19,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,000.00** |
| [1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.* | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices of Eric Howell Sayles, P.L.L.C. | 4120-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| N/F | Pacific RBLF Funding Trust | 4110-000 | $458,550.01 | NA | NA | NA |
| | **TOTAL SECURED** | | **$458,550.01** | **$4,000.00** | **$4,000.00** | **$4,000.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 2100-000 | NA | $2,650.00 | $2,650.00 | $2,650.00 |
| Bond Payments - BOND | 2300-000 | NA | $17.36 | $17.36 | $17.36 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $131.76 | $131.76 | $131.76 |
| Attorney for Trustee Fees (Other Firm) - McNamee Hosea | 3210-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| Attorney for Trustee Expenses (Other Firm) - McNamee Hosea | 3220-000 | NA | $1.10 | $1.10 | $1.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$6,800.22** | **$6,800.22** | **$6,800.22** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RDW Condominium | 5800-000 | $0.00 | $6,917.80 | $6,917.80 | $5,422.01 |
| 2 | RDW Condominium | 5800-000 | $0.00 | $3,544.09 | $3,544.09 | $2,777.77 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$10,461.89** | **$10,461.89** | **$8,199.78** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Endalkachew Getu Lemma | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Law Offices of Eric Howell Sayles, PLLC | 7100-000 | $7,181.26 | NA | NA | NA |
| N/F | RDW Condominium | 7100-000 | $1,600.09 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$33,781.35** | **$0.00** | **$0.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   24-00070

**Case Name:**   42920 NE, LLC

**For Period Ending:**   07/25/2025

**Trustee Name:**   (730040) Wendell W. Webster

**Date Filed (f) or Converted (c):**   03/06/2024 (f)

**§ 341(a) Meeting Date:**   04/11/2024

**Claims Bar Date:**   10/22/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 429 20th NE, Unit 1, 100 percent, Valuation Method: Appraisal (u) | 500,000.00 | 41,449.99 | | 19,000.00 | FA |
| 2 | 429 20th NE parking space P-1, 100 percent, Valuation Method: assesed value (u) | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2 | **Assets Totals (Excluding unknown values)** | **$520,000.00** | **$61,449.99** | | **$19,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/16/2025 - Judgment lien in the amt of $4,000 pd pursuant to Bktcy Ct order.

2/26/2025 - Condo unit & parking space sold pursuant to Bktcy Ct order.

9/5/2024 - Order Granting First & Final Application of McNamee Hosea for Compensation & Expenses.

8/12/2024 - Application for Compensation for McNamee Hosea - counsel to Bkcy Estate.

7/22/2024 - Order granting mtn to sell condo unit & parking space to secured creditor; $4,000 to be paid to judgment lien creditor and $15,000 to be paid to bankruptcy estate for condo unit & parking space.

7/1/2024 - Mtn to sell property of debtor consisting of condo unit & parking space; condo unit encumbered by secured liens & parking space unencumbered.

**Initial Projected Date Of Final Report (TFR):**   12/30/2024       **Current Projected Date Of Final Report (TFR):**   05/15/2025 (Actual)

---
07/25/2025

Date

/s/Wendell W. Webster

Wendell W. Webster

## Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 24-00070 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | 42920 NE, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7689 | Account #: | ******2416 Checking |
| For Period Ending: | 07/25/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/20/24 | {1} | WCP Fund I, LLC | Purchase Deposit - 429 20th NE Unit 1 & P-1 | 1210-000 | 15,000.00 | | 15,000.00 |
| 09/24/24 | 101 | McNamee Hosea | Ch. 7 Admn Claim for Legal Fees | 3210-000 | | 4,000.00 | 11,000.00 |
| 09/24/24 | 102 | McNamee Hosea | Ch 7 Admn Claim for Atty Exps | 3220-000 | | 1.10 | 10,998.90 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 10,993.90 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 19.32 | 10,974.58 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.37 | 10,958.21 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 19.26 | 10,938.95 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.11 | 10,920.84 |
| 02/26/25 | 103 | SeibertKeck Insurance Partners | Bond Payment | 2300-000 | | 17.36 | 10,903.48 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.33 | 10,887.15 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.87 | 10,870.28 |
| 04/12/25 | {1} | WCP Fund I, LLC | Balance Purchase Price - 429 20th St Unit 1; P-1 | 1210-000 | 4,000.00 | | 14,870.28 |
| 04/16/25 | 104 | Law Offices of Eric Howell Sayles, P.L.L.C. | Judgment Lien - 429 20th St Unit 1; pd from sales proceeds | 4120-000 | | 4,000.00 | 10,870.28 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.50 | 10,849.78 |
| 06/12/25 | 105 | Wendell W. Webster, Trustee | Admn Claim | 2100-000 | | 2,650.00 | 8,199.78 |
| 06/12/25 | 106 | RDW Condominium | Allowed Claim No. 1 | 5800-000 | | 5,422.01 | 2,777.77 |
| 06/12/25 | 107 | RDW Condominium | Allowed Claim No. 2 | 5800-000 | | 2,777.77 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 19,000.00 | 19,000.00 | $0.00 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | Subtotal | | 19,000.00 | 19,000.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $19,000.00 | $19,000.00 | |

Exhibit 9
Page:   2

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-00070 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | 42920 NE, LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***7689 | **Account #:** | ******2416 Checking |
| **For Period Ending:** | 07/25/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $19,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $19,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2416 Checking | $19,000.00 | $19,000.00 | $0.00 |
| | **$19,000.00** | **$19,000.00** | **$0.00** |

| | |
|---|---|
| 07/25/2025 | /s/Wendell W. Webster |
| Date | Wendell W. Webster |