22OC7ASST



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**                                                                                   **Case No.** 24−00070−ELG
42920 NE, LLC
**Debtor**                                                                                  **Chapter** 7

## ORDER

==========

   UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

   ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 6/18/26                                        For the Court:
                                                      Angela D. Caesar
                                                      BY:  mb

Copies To:
Recipients of Electonic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                    Case No. 24-00070-ELG

42920 NE, LLC                                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: oc7asst | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID     Recipient Name and Address**
db     +  42920 NE, LLC, 2504 10th St. NE, Washington, DC 20018-1739

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name     Email Address**

Jamison Bryant Taylor
     on behalf of Debtor 42920 NE  LLC jtaylor@rismllc.com

Justin Philip Fasano
     on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
     jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Maurice Belmont VerStandig
     on behalf of Creditor WCP Fund I LLC in its Capacity as Servicer for Pacific RBLF Funding Trust mac@mbvesq.com
     lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
     USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
     on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster

District/off: 0090-1                                    User: admin                                    Page 2 of 2

Date Rcvd: Jun 18, 2026                                 Form ID: oc7asst                               Total Noticed: 1

wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 6